# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| DARRELL DEWAYNE ROSS | CIVIL ACTION NO. 22-1062 |
| | SECTION P |
| VS. | |
| | JUDGE S. MAURICE HICKS, JR. |
| BOSSIER MAXIMUM SECURITY CENTER, ET AL. | MAG. JUDGE KAYLA D. MCCLUSKY |

## ORDER

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff Darrell Dewayne Ross's claim that he was not provided disinfectant to prevent spreading Covid-19 to others is **DISMISSED WITHOUT PREJUDICE** for lack of standing and as frivolous.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Plaintiff's claims against Bossier Maximum-Security Center, Warden Linton Jacobs, Sheriff Julian Whittington, and Assistant Warden Anthony Evans are **DISMISSED** as frivolous and for failing to state claims on which relief may be granted.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this 15th day of August, 2022.

_____
S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT